# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Alabama Power Company | ) ASBCA No. 61830 |
| | ) |
| Under Contract No. GS-OOP-15-BSD-1133 | ) |
| Delivery Order No. FA3300-16-F-0012 | ) |

APPEARANCE FOR THE APPELLANT:    James D. Bachman, Esq.
                                  Doyle & Bachman LLP
                                  Arlington, VA

APPEARANCES FOR THE GOVERNMENT:   Jeffrey P. Hildebrant, Esq.
                                   Air Force Deputy Chief Trial Attorney
                                  Christopher M. Judge, Esq.
                                   Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: May 3, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61830, Appeal of Alabama Power Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals